UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CHEP USA,

    Plaintiff

v.

WOOTEN ENTERPRISES, INC.,

    Defendant.

NO. 3:23-CV-121-DJH

# CHEP USA'S CORPORATE DISCLOSURE STATEMENT

Plaintiff CHEP USA ("CHEP") submits the following corporate disclosure statement in accordance with Federal Rule of Civil Procedure 7.1(a)(1):

CHEP is a New York general partnership with its principal office at 5897 Windward Parkway, Alpharetta, Georgia 30005.  The partners of CHEP are Brambles North America Incorporated and Brambles Industries, LLC.  Brambles North America Incorporated is a Delaware corporation with its principal office and principal place of business at 5897 Windward Parkway, Alpharetta, Georgia 30005.  Brambles Industries, LLC, is a Delaware LLC with its principal office and principal place of business at 5897 Windward Parkway, Alpharetta, Georgia 30005.  The sole member of Brambles Industries, LLC, is Brambles North America Incorporated.

Respectfully submitted,

/s/ *Zachary M. VanVactor*
Marjorie A. Farris
Zachary M. VanVactor
STITES & HARBISON PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202
(502) 587-3400
mfarris@stites.com
zvanvactor@stites.com

*Counsel for Plaintiff CHEP USA*

...

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2023, the foregoing was filed electronically with the Clerk's office using the CM/ECF system and served upon all parties and counsel of record.

*/s/ Zachary M. VanVactor*
*Counsel for CHEP USA*