UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CHEP USA,                                                                                              Plaintiff,

v.                                                                    Civil Action No. 3:23-cv-121-DJH-CHL

WOOTEN ENTERPRISES, INC.,                                                                              Defendant.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 70) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **CLOSED** and **STRICKEN** from the Court's active docket.

February 9, 2026

David J. Hale, Chief Judge
United States District Court

1